```
IN THE UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF GEORGIA
          ATHENS DIVISION
```

JOTHAN BARROW,                    *

     Plaintiff              *
                                          CASE NO. 3:03-CV-93 (CDL)
vs.                               *

MICHAEL J. ASTRUE, Commissioner   *
of Social Security,
                              *

     Defendant
_____   *

## ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation of the United States Magistrate Judge filed April 1, 2008 has been read and considered and is hereby approved, adopted, and made the Order of the Court. Accordingly, the Plaintiff's Motion for Attorney's Fees in the amount of $3,527.25 is granted.[1]

IT IS SO ORDERED, this 6th day of May, 2008.

                                              S/Clay D. Land
                                                CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Recommendation of the United States Magistrate contained a typographical error regarding an hourly rate of $25.00 for 27.45 attorney work hours. The correct hourly rate is $125.00, and the award of attorney's fees is based on an hourly rate of $125.00 for 27.45 attorney work hours.